# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10067-AMC

LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LANCE DAVID LEWIS

    330 JENNIFER DRIVE

    COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
    JAY G. FISCHER ESQ
    VALOCCHI,FISCHER & LAVERTY LLC
    342 E. LANCASTER AVENUE
    DOWNINGTOWN, PA 19334

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 4/3/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee