United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10067-amc
Lance David Lewis                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith           Page 1 of 1            Date Rcvd: Aug 22, 2019
                         Form ID: trc          Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14281308         Consumer Portfolio Services P.O. Box 57071 Irvine
                                                                                  TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
      BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
       bjw@cclawpc.com,   jhr@cclawpc.com;dgrubb@cclawpc.com;jlaughman@cclawpc.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
       Authority jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
       fischerjr86304@notify.bestcase.com
      JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
       fischerjr86304@notify.bestcase.com
      JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
       jhr@cclawpc.com,   jlaughman@cclawpc.com;bjw@cclawp.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
       pa-bk@logs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10067-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Lance David Lewis
330 Jennifer Drive
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2019.

Name and Address of Alleged Transferor(s):

Claim No. 16: Consumer Portfolio Services P.O. Box 57071 Irvine

Name and Address of Transferee:

Quantum3 Group LLC as agent for MOMA Trust LLC
PO Box 788
Kirkland, WA 98083

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/24/19

Tim McGrath
**CLERK OF THE COURT**