```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

In re:                                                           Case No. 19-10067-amc
Lance David Lewis                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1              Date Rcvd: Oct 25, 2019
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14285613        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 26 2019 03:33:12      Exeter Finance LLC,
                 P.O. Box 167399,   Irving, TX 75016-7399
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,    jhr@cclawpc.com;dgrubb@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,    jlaughman@cclawpc.com;bjw@cclawp.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10067-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Lance David Lewis
330 Jennifer Drive
Coatesville PA 19320

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/24/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 19: Exeter Finance LLC, P.O. Box 167399, Irving, TX  75016 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK  73118 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/27/19

Tim McGrath
**CLERK OF THE COURT**