United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-10067-amc
Lance David Lewis                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith              Page 1 of 3              Date Rcvd: Nov 06, 2019
                              Form ID: 152             Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db             +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252
14254907       #+Alltran Fin., LP,    Originally Credit One Bk.,    P. O. Box 610,    Sauk Rapids MN 56379-0610
14254776       #+American Water,    800 W. Hershey Park Drive,    Hershey Park PA 17033-2400
14254780       +CALN TOWNSHIP/CTMA,    253 Municipal Drive,    Thorndale PA 19372-1015
14254920       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance,     121 Continental Drive,    Suite 108,
                  Newark DE 19713)
14254906        Capital One/Client Services,    3451 Harry S. Truman Blvd.,    St. Charles MO 63301-4047
14255091       +Chrysler Capital,    P.O. Box 961275,    Ft Worth TX 76161-0275
14255089       +Consumer Portfolio Services,    19500 Jamboree Rd.,    Irvine CA 92612-2411
14255081        Diversified Consultants, Inc.,    P. O. Box 1391,    Southgate MI 48195-0391
14255080        First Premier Bank,    P. O. Box 5524,    Sioux Falls SD 57117-5524
14254814       +Hidden Forest HOA,    P. O. Box 159,    Pequea PA 17565-0159
14254816        My Best Buy Visa Card,    P. O. Box 790441,    St. Louis MO 63179-0441
14287941       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     dba Mr. Cooper,    P.O. Box 619096,
                  Dallas, TX 75261-9741)
14275703       +Nationstar Mortgage LLC d/b/a Mr. Cooper et al,     c/o KEVIN S. FRANKEL,
                 Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14255085        Office of Unemployment,    Compensation Benefits,    UI Payment Services,    P.O. Box 67503,
                 Harrisburg PA 17106-7503
14255087        PA Turnpike Commission,    P.O. Box 67676,    Harrisburg PA 17106-7676
14254775       +PECO CSC,    2301 Market Street,    Philadelphia PA 19103-1338
14254826        PLFFCS,    P. O. Box 62585,    Harrisburg PA 17106-2585
14255083        PPA City of Philadelphia,    Red Light Camera Program,    P.O. Box 597,    Baltimore MD 21203-0597
14254773        Pacific Union Financial,    P. O. Box 655621,    Dallas TX 75265-5621
14255090       +Portnoff Law Associates, LTD,    2700 Horizon Drive,    Suite 100,
                 King of Prussia PA 19406-2726
14254902        Premier Bankcard, LLC,    P. O. Box 5508,    Sioux Falls SD 57117-5508
14255082        Progressive,    P.O. Box 7247-0311,    Philadelphia PA 19170-0311
14301403       +Township of Caln and,    Caln Township Municipal Authority,     c/o JAMES RANDOLPH WOOD,
                 2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14301087       +Township of Caln and Caln Township Municipal Autho,     c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14254815       +Tricounty Water Services Inc.,    3685 Leike Road,    Parkesburg PA 19365-1704
14254825       +Wawa Credit Card,    P. O. Box 6139,    Sioux Falls SD 57117-6139
14254824        Zales/Comenity Capital,    P. O. Box 183003,    Columbus OH 43218-3003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14254905       +E-mail/Text: amscbankruptcy@adt.com Nov 07 2019 03:54:32      ADT Security Services,
                 3190 S Vaughn Way,    Aurora CO 80014-3512
14281029       +E-mail/Text: g20956@att.com Nov 07 2019 03:54:28      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14255084        E-mail/Text: clientrep@capitalcollects.com Nov 07 2019 03:54:36      Capital Collection Services,
                 P.O. Box 150,    West Berlin NJ 08091
14254919       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2019 03:50:01      Credit One,
                 585 E. Pilot Road,    Las Vegas NV 89119-3619
14254774       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 07 2019 03:49:05      Exeter Finance,
                 P. O. Box 166008,    Irving TX 75016-6008
14285613       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 07 2019 03:50:53      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
14256067       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:50:53      Exeter Finance LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14255086        E-mail/Text: cio.bncmail@irs.gov Nov 07 2019 03:53:42      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia PA 19101-7346
14257074        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:06      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14263242       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14282028        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:04:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14257073       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:50:03      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14296122       +E-mail/Text: csc.bankruptcy@amwater.com Nov 07 2019 03:54:33      Pennsylvania American Water,
                 PO Box 578,    Alton IL 62002-0578
```

```
District/off: 0313-2          User: Keith              Page 2 of 3              Date Rcvd: Nov 06, 2019
                              Form ID: 152             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14294868       +E-mail/Text: kpeifer@palawfund.com Nov 07 2019 03:54:01
                 Pennsylvania Lawyers Fund for Client Security,    P.O. Box 62585,    Harrisburg, PA 17106-2585
14285514       +E-mail/Text: bankruptcy@philapark.org Nov 07 2019 03:54:30      Philadelphia Parking Authority,
                 701 Market St, Suite 5400,    Philadelphia, PA 19106-2895
14259442        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:07
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14262363       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:09      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14257737        E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2019 03:53:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14377239       +E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2019 03:53:47
                 Quantum3 Group LLC as agent for MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
14254779        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Nov 07 2019 03:50:50
                 T-Mobile Bankruptcy Team,    P. O. Box 53410,    Bellevue WA 98015-3410
14262937       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 04:03:06       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14262006       +E-mail/Text: bankruptcy@huntington.com Nov 07 2019 03:54:01      The Huntington National Bank,
                 3 Cascade Plaza  CAS056,    Akron, OH 44308-1124
14254778       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 07 2019 03:53:36
                 Verizon Wireless Bankruptcy,    Administration,    500 Technology Drive,    Suite 550,
                 Weldon Spring MO 63304-2225
14408562       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:50:52
                 Wollemi Acquisitions, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14409838       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:04
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14281308         Consumer Portfolio Services P.O. Box 57071 Irvine
14254904*        PLFFCS,   P. O. Box 62585,    Harrisburg PA 17106-2585
14408563*       +Wollemi Acquisitions, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,    jhr@cclawpc.com;dgrubb@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,    jlaughman@cclawpc.com;bjw@cclawp.com
```

```
District/off: 0313-2          User: Keith              Page 3 of 3                  Date Rcvd: Nov 06, 2019
                              Form ID: 152             Total Noticed: 56


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lance David Lewis
    Debtor(s)

Case No: 19−10067−amc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/28/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

56
Form 152