# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10067-AMC

    LANCE DAVID LEWIS

    330 JENNIFER DRIVE

    COATESVILLE, PA 19320

        Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LANCE DAVID LEWIS

    330 JENNIFER DRIVE

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JAY G. FISCHER ESQ
    VALOCCHI,FISCHER & LAVERTY LLC
    342 E. LANCASTER AVENUE
    DOWNINGTOWN, PA 19334

Date: 12/30/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee