IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LANCE DAVID LEWIS  **Debtor(s)** | ) ) ) ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. dba CHRYSLER CAPITAL  **Moving Party** | ) ) ) Case No.: 19-10067 (AMC) ) |
| v. | ) **Hearing Date:  1-14-20 at 11:00 AM** ) |
| LANCE DAVID LEWIS  **Respondent(s)** | ) 11 U.S.C. 362 ) ) |
| WILLIAM C. MILLER  **Trustee** | ) ) ) ) |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2019 Jeep Cherokee** bearing vehicle identification number 1C4PJMCB2KD224396 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **January 14, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE