United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-10067-amc
Lance David Lewis                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR          Page 1 of 1           Date Rcvd: Jan 14, 2020
                              Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db         +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
             Coppell, TX 75019-4620
cr         +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
             Fort Worth, TX 76161-0275
cr         +Township of Caln and Caln Township Municipal Autho,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,   Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 03:04:32
             Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
cr          +E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 02:58:23
             Quantum3 Group LLC as agent for MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 03:04:32
             Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,    jhr@cclawpc.com;dgrubb@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,    jlaughman@cclawpc.com;bjw@cclawp.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LANCE DAVID LEWIS ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | Case No.: 19-10067 (AMC) |
| ) | |
| v. ) | **Hearing Date:  1-14-20 at 11:00 AM** |
| ) | |
| LANCE DAVID LEWIS ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2019 Jeep Cherokee** bearing vehicle identification number 1C4PJMCB2KD224396 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **January 14, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE