**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lance David Lewis<br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　v.<br>Lance David Lewis<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-10067 AMC |

### ORDER

　　　　AND NOW, this  10th    day of  February   , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 30, 2019  it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 330 Jennifer Drive Coatesville, PA 19320.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list