United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10067-amc
Lance David Lewis                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John            Page 1 of 2           Date Rcvd: Feb 10, 2020
                         Form ID: pdf900       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
```
db          +Lance David Lewis,   330 Jennifer Drive,   Coatesville, PA 19320-2252
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,   8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
cr          +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
              Fort Worth, TX 76161-0275
cr          +Township of Caln and Caln Township Municipal Autho,   c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,   Norristown, PA 19404-3020
14287941    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   dba Mr. Cooper,   P.O. Box 619096,
              Dallas, TX 75261-9741)
14275703    +Nationstar Mortgage LLC d/b/a Mr. Cooper et al,   c/o KEVIN S. FRANKEL,
              Shapiro & DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Feb 11 2020 03:30:40    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 03:30:35
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2020 03:30:39    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 11 2020 03:21:08
              Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr          +E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 03:30:33
              Quantum3 Group LLC as agent for MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 11 2020 03:20:07
              Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,   jhr@cclawpc.com;aharkins@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,   jlaughman@cclawpc.com;bjw@cclawp.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: John              Page 2 of 2               Date Rcvd: Feb 10, 2020
                              Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KEVIN G. MCDONALD   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pa-bk@logs.com
          KRISTEN D. LITTLE   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler
           Capital ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lance David Lewis<br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　v.<br>Lance David Lewis<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br>NO. 19-10067 AMC |

**ORDER**

　　　AND NOW, this 10th day of February, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 30, 2019 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 330 Jennifer Drive Coatesville, PA 19320.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list