## LOCAL BANKRUPTCY FORM 9014-3
## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lance David Lewis | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Lance David Lewis / Debtor | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a, | : | |
| Mr. Cooper/ Claimant | : | NO. 19-10067 AMC |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| William C. Miller, Esq. | : | |
| Trustee | : | |

## NOTICE OF MOTION,
## RESPONSE DEADLINE AND HEARING DATE

Debtor Lance David Lewis has filed a Motion for Reconsideration requesting that the Order dated February 10, 2020, granting Claimant Nationstar Mortgage LLA d/b/a Mr. Cooper relief from the Automatic Stay of section 362 be Vacated.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion, then on or before March 6, 2020, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at:
      United States Bankruptcy Court
      Robert N.C. Nix Building
      900 Market Street, Suite 400
      Philadelphia, PA 19107-4299

FEB 21 2020

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)    mail a copy to movant:
              Lance David Lewis
              330 Jennifer Drive
              Coatesville, PA 19320

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan, the United States Bankruptcy Judge, in Courtroom 4 at the United States Bankruptcy Court, Robert N.C. Nix Building 900 Market Street, Suite 400, Philadelphia, Pa 19107-4299 on March 17, 2020, at 11:00 A.M., or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

                                              /s/ Pro Se
                                              Lance David Lewis, Debtor
                                              330 Jennifer Drive
                                              Coatesville, PA 19320
                                              Phone: (484) 773-3420
                                              Movant

February 21, 2020