IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lance David Lewis | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Lance David Lewis / Debtor | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a, | : | |
| Mr. Cooper/ Claimant | : | NO. 19-10067 AMC |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| William C. Miller, Esq. | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on February 20, 2020, a true and correct copies of the Motion for Reconsideration, Proposed Order, and Notice of Motion and Hearing upon each of the following persons and parties in interest at the addresses by FIRST CLASS MAIL shown below:

William C. Miller, Esq. (Trustee)
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Jay Fischer, Esq.
342 E. Lancaster Ave.
Downingtown, PA 19335

Date: February 21, 2020

_____
Lance David Lewis, Pro Se, Movant