IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

Lance David Lewis,                                  : Case No. 19-10067-AMC

　　　　　　　Debtor                               : Chapter 13

**NOTICE OF OBECTION TO PROOF OF CLAIM, RESPONSE DEADLINE AND HEARING DATE**

Debtor has filed an Objection to Proof of Claim with the court.

<u>Your rights may be affected.</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you wish to consult an attorney.)**

　　　1. If you do not want the court to grant relief sought in the Objection to Proof of Claim or if you want the court to consider your views on the objection, then on or before March 31, 2020 you or your attorney must do all of the following.

　　　　　　(a)　　file an answer explaining your position at:
　　　　　　　　　U.S. Bankruptcy Court, Eastern District of Pennsylvania
　　　　　　　　　900 Market Street, Suite 400
　　　　　　　　　Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　　(b)　　mail a copy to the movant's attorney:
　　　　　　　　　Jay G. Fischer, Esquire
　　　　　　　　　Valocchi and Fischer
　　　　　　　　　342 East Lancaster Avenue
　　　　　　　　　Downingtown, PA 19335
　　　　　　　　　610-269-0900 (ext. 2)   fax 610-873-8096

　　　2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the objection.

　　　3. A hearing on the objection to proof of claim is scheduled to be held before the Honorable Ashely M. Chan on April 2, 2020, at 11:00 a.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107-4299.

　　　4. If a copy of the objection to the proof of claim is not enclosed, a copy of the objection to the proof of claim will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

　　　5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: March 6, 2020