## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lance David Lewis : | |
| : | |
| Debtor : | Chapter 13 |
| : | |
| Lance David Lewis / Debtor : | |
| Movant : | |
| v. : | |
| : | |
| Nationstar Mortgage LLC d/b/a, : | |
| Mr. Cooper/ Claimant : | NO. 19-10067 AMC |
| Respondent : | |
| : | |
| and : | |
| : | |
| William C. Miller, Esq. : | |
| Trustee : | |

### ORDER

AND NOW, this _____ day of _____, 2020 based on Debtor's Motion for Reconsideration is GRANTED and, it is hereby ORDERED AND DECREED that:

This HONORABLE COURT'S ORDER, which modified the Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) and any other portions of The Code if applicable which allowed Nationstar LLC d/b/a Mr. Cooper and its successors in title to proceed with the execution process through, among other remedies but limited to Sheriff's Sale regarding the premises 330 Jennifer Drive, Coatesville, PA 19320, is hereby VACATED and The Automatic Stay is hereby REINSTATED.

The Stay provided by Bankruptcy Rule 4001(a)(3) is not and has not been waived.

**Date: March 17, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE