**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter |
|    **LANCE DAVID LEWIS** | : | |
|                 **Debtor** | : | Bky. No. 19-10067 AMC |

## O R D E R

**AND NOW,** it is hereby **ORDERED** that the Order granting Reconsideration of Nationstar's motion for relief from the automatic stay and waiving Automatic Stay dated March 17, 2020 (Doc. #83 ) is **VACATED** as entered in error. Hearing is continued to March 31, 2020 at 11:00 AM.

Date: 3/18/2020

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**