United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10067-amc
Lance David Lewis                                               Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John              Page 1 of 2             Date Rcvd: Mar 18, 2020
                               Form ID: pdf900         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
```
db             +Lance David Lewis,   330 Jennifer Drive,   Coatesville, PA 19320-2252
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
                 Fort Worth, TX 76161-0275
cr             +Township of Caln and Caln Township Municipal Autho,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
14287941      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    dba Mr. Cooper,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
14275703       +Nationstar Mortgage LLC d/b/a Mr. Cooper et al,   c/o KEVIN S. FRANKEL,
                 Shapiro & DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:53
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2020 04:17:17
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:21:41
                 Quantum3 Group LLC as agent for MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2020 04:17:19
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,   jhr@cclawpc.com;aharkins@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,   jlaughman@cclawpc.com;bjw@cclawp.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: John                 Page 2 of 2               Date Rcvd: Mar 18, 2020
                               Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pa-bk@logs.com
        KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                               TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter |
| LANCE DAVID LEWIS | : | |
| Debtor | : | Bky. No. 19-10067 AMC |

## ORDER

**AND NOW,** it is hereby **ORDERED** that the Order granting Reconsideration of Nationstar's motion for relief from the automatic stay and waiving Automatic Stay dated March 17, 2020 (Doc. #83 ) is **VACATED** as entered in error. Hearing is continued to March 31, 2020 at 11:00 AM.

Date: 3/18/2020

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE