# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lance David Lewis
          Debtor

Nationstar Mortgage LLC d/b/a Mr. Cooper
          Respondent

CHAPTER 13

NO. 19-10067 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response of Nationstar Mortgage LLC d/b/a Mr. Cooper to Debtor's Motion for Reconsideration of Stay Relief Order, which was filed with the Court on or about March 4, 2020 (Document No. 77).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

April 1, 2020