United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lance David Lewis  
      Debtor

Case No. 19-10067-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith                    Page 1 of 1                   Date Rcvd: Apr 14, 2020
                    Form ID: pdf900                Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db             +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
cr             +Township of Caln and Caln Township Municipal Autho,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 15 2020 04:41:30
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 04:39:55
                 Quantum3 Group LLC as agent for MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 15 2020 04:42:13
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 3
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               bjw@cclawpc.com,    jhr@cclawpc.com;aharkins@cclawpc.com;jlaughman@cclawpc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln and Caln Township Municipal
               Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAY G. FISCHER    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JAY G. FISCHER    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com,
               fischerjr86304@notify.bestcase.com
              JOHANNA H. REHKAMP    on behalf of Plaintiff    Pennsylvania Lawyers Fund for Client Security
               jhr@cclawpc.com,    jlaughman@cclawpc.com;bjw@cclawp.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 14
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lance David Lewis : | | |
| : | | |
| Debtor : | | Chapter 13 |
| : | | |
| Lance David Lewis / Debtor : | | |
| Movant : | | |
| v. : | | |
| : | | |
| Nationstar Mortgage LLC d/b/a, : | | |
| Mr. Cooper/ Claimant : | | NO. 19-10067 AMC |
| Respondent : | | |
| : | | |
| and : | | |
| : | | |
| William C. Miller, Esq. : | | |
| Trustee : | | |

## ORDER

AND NOW, this _____ day of _____, 2020 based on Debtor's Motion for Reconsideration is GRANTED and, it is hereby ORDERED AND DECREED that:

This HONORABLE COURT'S ORDER, which modified the Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) and any other portions of The Code if applicable which allowed Nationstar LLC d/b/a Mr. Cooper and its successors in title to proceed with the execution process through, among other remedies but limited to Sheriff's Sale regarding the premises 330 Jennifer Drive, Coatesville, PA 19320, is hereby VACATED and The Automatic Stay is hereby REINSTATED.

The Stay provided by Bankruptcy Rule 4001(a)(3) is not and has not been waived.

**Date: April 14, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE

cc: See attached service list