## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            : Chapter 13

Lance David Lewis                 :

      Debtor              : No. 19-10067 AMC


## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1.  The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligation.

2.  The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification of the Chapter 13 trustee prior to any subsequent confirmation hearing.


Date:   June 5, 2020                          /s/ Jay G. Fischer
                                              Jay G. Fischer, Esquire
                                              Attorney for Debtor(s)


Date:                                         /s/ Lance David Lewis
                                              Lance David Lewis
                                              Debtor