# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

    LANCE DAVID LEWIS  Bankruptcy No. 19-10067-AMC

    330 JENNIFER DRIVE

    COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
JAY G. FISCHER ESQ
VALOCCHI,FISCHER & LAVERTY LLC
342 E. LANCASTER AVENUE
DOWNINGTOWN, PA 19334

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/1/2020  /s/ William C. Miller

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee