**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LANCE DAVID LEWIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-10067-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 11/17/20

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAY G. FISCHER ESQ
VALOCCHI,FISCHER & LAVERTY LLC
342 E. LANCASTER AVENUE
DOWNINGTOWN, PA 19334

Debtor:
LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320