United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lance David Lewis  
    Debtor(s)

Case No. 19-10067-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 4  
Date Rcvd: Nov 17, 2020     Form ID: pdf900     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance David Lewis, 330 Jennifer Drive, Coatesville, PA 19320-2252 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14254780 | + | CALN TOWNSHIP/CTMA, 253 Municipal Drive, Thorndale PA 19372-1015 |
| 14254920 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, 121 Continental Drive, Suite 108, Newark DE 19713 |
| 14254906 | | Capital One/Client Services, 3451 Harry S. Truman Blvd., St. Charles MO 63301-4047 |
| 14255091 | + | Chrysler Capital, P.O. Box 961275, Ft Worth TX 76161-0275 |
| 14255089 | + | Consumer Portfolio Services, 19500 Jamboree Rd., Irvine CA 92612-2411 |
| 14255081 | # | Diversified Consultants, Inc., P. O. Box 1391, Southgate MI 48195-0391 |
| 14255080 | | First Premier Bank, P. O. Box 5524, Sioux Falls SD 57117-5524 |
| 14254814 | + | Hidden Forest HOA, P. O. Box 159, Pequea PA 17565-0159 |
| 14254816 | | My Best Buy Visa Card, P. O. Box 790441, St. Louis MO 63179-0441 |
| 14287941 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14275703 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper et al, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14255085 | | Office of Unemployment, Compensation Benefits, UI Payment Services, P.O. Box 67503, Harrisburg PA 17106-7503 |
| 14255087 | | PA Turnpike Commission, P.O. Box 67676, Harrisburg PA 17106-7676 |
| 14254775 | + | PECO CSC, 2301 Market Street, Philadelphia PA 19103-1338 |
| 14254826 | | PLFFCS, P. O. Box 62585, Harrisburg PA 17106-2585 |
| 14255083 | | PPA City of Philadelphia, Red Light Camera Program, P.O. Box 597, Baltimore MD 21203-0597 |
| 14254773 | | Pacific Union Financial, P. O. Box 655621, Dallas TX 75265-5621 |
| 14255090 | + | Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia PA 19406-2726 |
| 14254902 | | Premier Bankcard, LLC, P. O. Box 5508, Sioux Falls SD 57117-5508 |
| 14255082 | | Progressive, P.O. Box 7247-0311, Philadelphia PA 19170-0311 |
| 14442575 | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14443449 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14301403 | + | Township of Caln and, Caln Township Municipal Authority, c/o JAMES RANDOLPH WOOD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14301087 | + | Township of Caln and Caln Township Municipal Autho, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14254815 | + | Tricounty Water Services Inc., 3685 Leike Road, Parkesburg PA 19365-1704 |
| 14254825 | + | Wawa Credit Card, P. O. Box 6139, Sioux Falls SD 57117-6139 |
| 14254824 | | Zales/Comenity Capital, P. O. Box 183003, Columbus OH 43218-3003 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2020 03:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 18 2020 02:57:44 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14254905 | + | Email/Text: amscbankruptcy@adt.com | Nov 18 2020 03:17:00 | ADT Security Services, 3190 S Vaughn Way, Aurora CO 80014-3512 |
| 14281029 | + | Email/Text: g20956@att.com | Nov 18 2020 03:17:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14255084 | + | Email/Text: clientrep@capitalcollects.com | Nov 18 2020 03:17:00 | Capital Collection Services, P.O. Box 150, West Berlin NJ 08091-0150 |
| 14254919 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2020 02:56:01 | Credit One, 585 E. Pilot Road, Las Vegas NV 89119-3619 |
| 14254774 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Nov 18 2020 02:56:01 | Exeter Finance, P. O. Box 166008, Irving TX 75016-6008 |
| 14285613 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Nov 18 2020 02:54:18 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 14256067 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 18 2020 02:57:44 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14255086 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2020 03:16:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 14257074 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 02:56:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14263242 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2020 03:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14282028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 02:54:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14257073 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 02:56:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14296122 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 18 2020 03:17:00 | Pennsylvania American Water, PO Box 578, Alton IL 62002-0578 |
| 14294868 | + | Email/Text: kpeifer@palawfund.com | Nov 18 2020 03:16:00 | Pennsylvania Lawyers Fund for Client Security, P.O. Box 62585, Harrisburg, PA 17106-2585 |
| 14285514 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2020 03:17:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, PA 19106-2895 |
| 14259442 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 02:57:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262363 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2020 03:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14257737 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377239 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Quantum3 Group LLC as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-2 | User: Adminstra | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 14254779 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Nov 18 2020 02:54:15 | T-Mobile Bankruptcy Team, P. O. Box 53410, Bellevue WA 98015-3410 |
| 14262937 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 02:57:54 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14262006 | + | Email/Text: bankruptcy@huntington.com | Nov 18 2020 03:16:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 14254778 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2020 03:16:00 | Verizon Wireless Bankruptcy, Administration, 500 Technology Drive, Suite 550, Weldon Spring MO 63304-2225 |
| 14408562 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 18 2020 02:57:44 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14409838 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 18 2020 02:54:18 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14281308 | | Consumer Portfolio Services P.O. Box 57071 Irvine |
| cr | *+ | Quantum3 Group LLC as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | *+ | Township of Caln and Caln Township Municipal Autho, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14254904 | * | PLFFCS, P. O. Box 62585, Harrisburg PA 17106-2585 |
| 14408563 | *+ | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14254907 | ##+ | Alltran Fin., LP, Originally Credit One Bk., P. O. Box 610, Sauk Rapids MN 56379-0610 |
| 14254776 | ##+ | American Water, 800 W. Hershey Park Drive, Hershey Park PA 17033-2400 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

**Name**               **Email Address**
BRUCE JEFFREY WARSHAWSKY
    on behalf of Plaintiff Pennsylvania Lawyers Fund for Client Security bjw@cclawpc.com
    jhr@cclawpc.com;aharkins@cclawpc.com;jlaughman@cclawpc.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 4 of 4 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 58 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Caln and Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAY G. FISCHER
    on behalf of Debtor Lance David Lewis jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com

JAY G. FISCHER
    on behalf of Defendant Lance David Lewis jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com

JOHANNA H. REHKAMP
    on behalf of Plaintiff Pennsylvania Lawyers Fund for Client Security jhr@cclawpc.com jlaughman@cclawpc.com;bjw@cclawpc.com

KEVIN G. MCDONALD
    on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LANCE DAVID LEWIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-10067-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 11/17/20

                                                  Ashely M. Chan
                                                  Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAY G. FISCHER ESQ
VALOCCHI, FISCHER & LAVERTY LLC
342 E. LANCASTER AVENUE
DOWNINGTOWN, PA 19334

Debtor:
LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320