LOCAL BANKRUPTCY FORM 9014-3
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lance David Lewis            :
                                    :
            Debtor                  :       Chapter 13
                                    :
                                    :       NO. 19-10067 AMC

NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE

Debtor Lance David Lewis has filed a Motion for Reconsideration requesting that the Order dated November 17, 2020, granting William C. Miller, Standing Trustee's Motion to Dismiss case be Vacated.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion, then on or before December 22, 2020, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:
           United States Bankruptcy Court
           Robert N.C. Nix Building
           900 Market Street, Suite 400
           Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to movant:
           Lance David Lewis
           330 Jennifer Drive
           Coatesville, PA 19320

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan, the United States Bankruptcy Judge, in Courtroom 4 at the United States Bankruptcy Court, Robert N.C. Nix Building 900 Market Street, Suite 400, Philadelphia, Pa 19107-4299 on January 5, 2021, at 11:00 A.M., or as soon thereafter as counsel can be heard, to consider the motion.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Lance David Lewis, Debtor
330 Jennifer Drive
Coatesville, PA 19320
Phone: (484) 773-3420
Movant

December 1, 2020