## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lance David Lewis :
:
Debtor : Chapter 13
:
: NO. 19-10067 AMC

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on December 1, 2020, a true and correct copy of the Motion for Reconsideration, Proposed Order, and Notice of Motion and Hearing upon each of the following persons and parties in interest at the addresses by FIRST CLASS MAIL shown below:

William C. Miller, Esq. (Trustee)
P.O. Box 1229
Philadelphia, PA 19105


Jay Fischer, Esq.
342 E. Lancaster Ave.
Downingtown, PA 19335

Date: December 1, 2020

Lance David Lewis, Pro Se, Movant