**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **LANCE DAVID LEWIS** | : | |
| Debtor(s) | : | Bky. No. 19-10067-AMC |

# O R D E R

**AND NOW**, Lance David Lewis, Debtor having filed a **Motion to Reconsider Order Dated November 17, 2020 Dismissing Debtor's Chapter 13 Case** ("the Motion"),

**AND**, a hearing having been scheduled on the Motion for January 5, 2021,

**AND**, no party having appeared at the hearing,

It is hereby **ORDERED** that the Motion is **DENIED** for lack of prosecution.

Date: January 5, 2021

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**