United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-10067-amc

Lance David Lewis    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance David Lewis, 330 Jennifer Drive, Coatesville, PA 19320-2252 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | + | Township of Caln and Caln Township Municipal Autho, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 06 2021 02:20:14 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 02:46:00 | Quantum3 Group LLC as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 06 2021 02:16:25 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 7

| Name | Email Address |
|---|---|
| BRUCE JEFFREY WARSHAWSKY | on behalf of Plaintiff Pennsylvania Lawyers Fund for Client Security bjw@cclawpc.com jhr@cclawpc.com;aharkins@cclawpc.com;jlaughman@cclawpc.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Caln and Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAY G. FISCHER | on behalf of Debtor Lance David Lewis jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com |
| JAY G. FISCHER | on behalf of Defendant Lance David Lewis jgf@vflawoffice.com  fischerjr86304@notify.bestcase.com |
| JOHANNA H. REHKAMP | on behalf of Plaintiff Pennsylvania Lawyers Fund for Client Security jhr@cclawpc.com jlaughman@cclawpc.com;bjw@cclawpc.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **LANCE DAVID LEWIS** | : | |
| Debtor(s) | : | Bky. No. 19-10067-AMC |

# O R D E R

**AND NOW**, Lance David Lewis, Debtor having filed a **Motion to Reconsider Order Dated November 17, 2020 Dismissing Debtor's Chapter 13 Case** ("the Motion"),

**AND**, a hearing having been scheduled on the Motion for January 5, 2021,

**AND**, no party having appeared at the hearing,

It is hereby **ORDERED** that the Motion is **DENIED** for lack of prosecution.

Date: January 5, 2021

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**